THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN TIMOTHY O'NEILL,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO RECONSIDER<br><br>Case No. 4:18-cr-00014-DN<br><br>District Judge David Nuffer |

## BACKGROUND

Defendant O'Neill filed a motion to reduce sentence on September 26, 2022.[1] The United States filed a response opposing the motion on October 31, 2022.[2] And a United States Probation Officer submitted a report.[3]

An order was entered denying O'Neill's motion.[4] Defendant now brings this motion asking for a reconsideration of that order.[5] As explained below, this motion is hereby DENIED.

## DISCUSSION

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error

---

[1] First Step Act Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A), docket no. 117, filed Sep. 26, 2022.

[2] United States' Opposition to Defendant's Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A), docket no. 120, filed Oct. 31, 2022.

[3] First Step Act Relief Eligibility Report, docket no. 123, filed under seal Dec. 14, 2022.

[4] Memorandum Decision and Order Denying Defendant's First Step Act Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A), docket no. 125, filed Dec. 28, 2022.

[5] Motion for Reconsideration ("Reconsideration"), docket no. 126, filed Jan. 27, 2023.

or prevent manifest injustice."[6] O'Neill's motion briefly implores the he be released for his parents' sake so that he may care for their needs.[7] O'Neill fails to provide any additional information required of a change in law, any new evidence that was previously unavailable, or a showing of clear error. "Absent extraordinary circumstances, not present here, the basis for the second motion must not have been available at the time the first motion was filed."[8] Because O'Neill has not presented new evidence, the motion must be denied.

## ORDER

IT IS HEREBY ORDERED that O'Neill's motion for reconsideration[9] is DENIED.

Signed April 4, 2023.

BY THE COURT

David Nuffer
United States District Judge

---

[6] *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000).

[7] Motion for Reconsideration 1.

[8] *Servants of Paraclete*, 204 F.3d at 1012.

[9] Motion for Reconsideration, docket no. 126, filed Jan. 27, 2023.