THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN TIMOTHY O'NEILL, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO APPOINT COUNSEL** <br><br> Case No. 4:18-cr-00014-DN <br><br> District Judge David Nuffer |

Mr. O'Neill filed a motion to appoint counsel in this case[1] and filed a similar one in his appellate case. His motion was denied by the Tenth Circuit on June 5, 2023.[2] They stated they "will not consider the possibility of appointing counsel for [Mr. O'Neill] until the (appellate) case has been fully briefed and the court has had an opportunity to consider [Mr. O'Neill's] own statement of arguments on appeal."[3] The appeal was dismissed on August 7, 2023 by the Tenth Circuit "for lack of prosecution pursuant to Tenth Circuit Rule 42. 1."[4]

Mr. O'Neill's motion to appoint counsel is therefore DISMISSED in this case as well.

Signed August 9, 2023.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Motion to Appoint Counsel, docket no. 134, filed June 5, 2023.

[2] Appellate Case No. 23-4051: Order, docket no. 010110869249, filed June 5, 2023.

[3] *Id.*

[4] Order, docket no. 135, filed August 7, 2023.